# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALSI HOLDINGS, LLC.,**<br><br>        Plaintiff,<br><br>   v.<br><br>**CURRENT LIGHTING SOLUTIONS, LLC, d/b/a GE CURRENT, A DAINTREE COMPANY** , | JURY TRIAL DEMANDED<br><br>Case No. 6:21-cv-01187-ADA |

## SCHEDULING ORDER

| Date | Item |
|---|---|
| January 31, 2022 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for reach claimed invention, and (2) a copy of the file history for reach patent in suit. |
| February 7, 2022 | Case Management Conference |
| February 21, 2022 | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of each Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| March 28, 2022 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| | |
|---|---|
| | forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) license and sales information for the accused products. |
| April 11, 2022 | Parties exchange claim terms for construction. |
| April 25, 2022 | Parties exchange proposed claim constructions. |
| May 2, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| May 9, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 16, 2022 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| June 6, 2022 | Plaintiff files Responsive claim construction brief. |
| June 20, 2022 | Defendant files Reply claim construction brief. |
| July 5, 2022 | Plaintiff files Sur-Reply claim construction brief. |

| | |
|---|---|
| July 8, 2022 | Parties submit Joint Claim Construction Statement<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| July 11, 2022 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| July 18, 2022 | *Markman* hearing at 9:00 a.m. |
| July 19, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| August 29, 2022 | Deadline to add parties. |
| September 12, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement o Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| November 7, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| January 16, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| February 13, 2023 | Close of Fact Discovery. |
| February 20, 2023 | Opening Expert Reports. |
| March 20, 2023 | Rebuttal Expert Reports. |
| April 10, 2023 | Close of Expert Discovery. |
| April 17, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at |

| | |
|---|---|
| | issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| April 24, 2023 | Dispositive motion deadline and *Daubert* motion deadline. |
| May 8, 2023 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| May 22, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| May 29, 2023 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| June 5, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| June 12, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 22, 2023 | Parties email the Court's law clerk to confirm pretrial and trial dates |
| June 21, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| June 26, 2023 | Final Pretrial Conference. |

| July 17, 2023 | Jury Selection/Trial for three of the above captioned cases. |
|---|---|

SIGNED this _____ day of _____, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE