# EXHIBIT 4

*ALSI Holdings, LLC v. Current Lighting Solutions, LLC, d/b/a GE Current, A Daintree Company
and HLI Solutions, Inc. f/k/a Hubbell Lighting, Inc., both d/b/a Hubbell Control Solutions and/or Current*
Case No. 6:21-cv-01187-ADA (W.D. Tex.)

Plaintiff ALSI Holdings, LLC ("ALSI") contends that Defendant Current Lighting ("Current") has infringed, is infringing, and continues to infringe, directly and indirectly, literally and under the doctrine of equivalents, at least the claims of the '114 Patent charted herein by making, using, offering to sell, importing, and/or selling high bay LED light fixtures and their components, including at least its portfolio of Albeo® LED Luminaires, and all like products ("Albeo Luminaires"). The Albeo Luminaires include, but are not limited to: (i) Albeo® LED Luminaire ABC series; (ii) Albeo® LED Luminaire ABV1 series; (iii) Albeo® LED Luminaire ABV2 series; (iv) Albeo® LED Luminaire ABV3, (v) Albeo® LED Luminaire ABV4 series; (vi) Albeo® LED Luminaire ABR2 series; (vii) Albeo® LED Luminaire AHH2 series; and (viii) Albeo® LED Luminaire AH2 series.

The infringement contentions below are based specifically on the Albeo® LED Luminaire ABV3 series products. In certain circumstances other Albeo products are included and specifically identified. It is ALSI's contention that its infringement charts are also directly representative of each of the products listed above and collectively referred to as the Albeo Luminaires.

These contentions and disclosures are based on presently available information. ALSI reserves the right to supplement these contentions and disclosures based on further discovery, in response to Defendants' additional productions and disclosures, after claim terms are construed, and as permitted by the Court under the local rules, or otherwise. ALSI expects that these contentions may be amended or supplemented based on additional products identified during discovery, or released, developed, or made available by Defendants after the date on which these contentions are served. These contentions and disclosures are also subject to correction for inadvertent errors or omissions, if any.

Based on its current understanding of the claim language and available information concerning the Albeo® LED Luminaires, ALSI contends that Current Lighting literally infringes each element or step of the claims charted below. However, to the extent that any claim element or step is deemed to be not literally present in or performed by the Albeo® LED Luminaires, that element or step is satisfied under the doctrine of equivalents because any difference between such element or step and the accused element or step is insubstantial. ALSI reserves the right to revise its theory of direct infringement for each asserted claim based on discovery and/or future rulings by the Court.

Each claim asserted herein is entitled to a priority date of at least October 1, 2007.

**Infringement Claim Chart for U.S. Patent No. 8,722,114**

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| 1. An illumination device for providing light in an illumination direction, the illumination device comprising: | October 1, 2007 | To the extent the preamble is construed to be a limitation, the Albeo Luminaires are illumination devices for providing light in an illumination direction. |
| [1A] a central body having a surface facing the illumination direction and | October 1, 2007 | The Albeo Luminaires have a central body having a surface facing the illumination direction. |

E2

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| [1B] including a first heat dissipating mechanism for allowing heat to dissipate through a central portion of the central body; | | The Albeo Luminaires have a first heat dissipating mechanism for allowing heat to dissipate through a central portion of the central body.  The central body, including a central portion, of the Albeo Luminaires is formed from a combination of steel and aluminum, which serves as a heat sink. |

E3

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | |  |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | |  In addition, the Albeo® LED Luminaire ABV1 series (shown below) and ABV2 (not shown) series include a first heat dissipating mechanism that also includes fins as pictured below. |

E5

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| [1C] first and second groups of Light Emitting Diodes (LEDs) connected to the central body directly or via an attachment feature, the first and second group of LEDs being spaced apart from each other; | October 1, 2007 | The Albeo Luminaires include first and second groups of Light Emitting Diodes (LEDs) connected to the central body. The first and second group of LEDs are spaced apart from each other. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| [1D] a second heat dissipating mechanism including one or more openings formed in the central body or in the attachment feature; | October 1, 2007 | The Albeo Luminaires have a second heat dissipating mechanism including one or more openings formed in the central body or in the attachment feature. |

E7

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| [1E] a first reflector extending from the central body adjacent to the first group of LEDs for directing light from the first | October 1, 2007 | The Albeo Luminaires have a first reflector extending from the central body adjacent to the first group of LEDs for directing light from the first group of LEDs in the illumination direction. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| group of LEDs in the illumination direction; and | | |
| [1F] a second reflector extending from the central body adjacent to the second group of LEDs for directing light from the second group of LEDs in the | October 1, 2007 | The Albeo Luminaires have a second reflector extending from the central body adjacent to the second group of LEDs for directing light from the second group of LEDs in the illumination direction. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| illumination direction, | | |
| [1G] wherein heat generated by the first and second groups of LEDs is dissipated through the central body via the first heat dissipating mechanism, | October 1, 2007 | Heat generated by the first and second groups of LEDs in the Albeo Luminaires is dissipated through the central body via the first heat dissipating mechanism.  The central body of the Albeo Luminaires is formed from a combination of steel and aluminum, which serves as a heat sink for dissipating heat generated by the first and second groups of LEDs. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |

E12

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | |  For the Albeo® LED Luminaire ABV1 series (shown below) and ABV2 (not shown) series, the first heat dissipating mechanism includes the fins behind the illumination portion of the first and second groups of LEDs. |

E13

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| [1H] wherein the one or more openings of the second heat dissipating mechanism provide fluid flow cooling of the first and second groups of LEDs, and | October 1, 2007 | The one or more openings of the second heat dissipating mechanism in the Albeo Luminaires provide fluid flow cooling of the first and second group of LEDs. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
|  |  | |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| [1I] wherein one of the first and second heat dissipating mechanisms allows heat to dissipate | October 1, 2007 | One of the first and second heat dissipating mechanisms in the Albeo Luminaires allows heat to dissipate between the first and second reflectors.  Of note, both the first and second heat dissipating mechanisms allow heat to dissipate between the first and second reflectors.  As shown in the following image, the first heat dissipating mechanism of the Albeo Luminaires serves as the one heat dissipating mechanism in limitation 1I. |

E16

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| between the first and second reflectors. | | |
| | | |
| 2. The illumination device of claim 1, wherein the light from each LED is emitted in a direction substantially parallel | October 1, 2007 | The light from each LED in the Albeo Luminaires is emitted in a direction substantially parallel to the illumination direction. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| to the illumination direction. | | |
| | | |
| 3. The illumination device of claim 1, wherein the first and second reflectors are shaped for directing light from the first and second groups of LEDs in the illumination direction. | October 1, 2007 | The first and second reflectors of the Albeo Luminaires are shaped for directing light from the first and second groups of LEDs in the illumination direction. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| | | |
| 4. The illumination device of claim 3, wherein the first and second reflectors are selected from a group consisting of a curve, a parabola, an | October 1, 2007 | The Albeo Luminaires include first and second reflectors that are selected from a group consisting of a curve, a parabola, an angle, a facet, and a plurality of facets. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| angle, a facet, and a plurality of facets. | | |
| | | |
| 5. The illumination device of claim 1, wherein the first heat dissipating mechanism comprises an opening for allowing a cooling fluid to flow through a central portion of the central body. | October 1, 2007 | The first heat dissipating mechanism in the Albeo Luminaires comprises an opening for allowing a cooling fluid to flow through a central portion of the central body. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | First Heat Dissipating Mechanism — Central Body — Openings — Central Portion |
| | | |
| 6. The illumination device of claim 5, wherein the opening includes a portion configured as a chimney for | October 1, 2007 | The openings in the Albeo Luminaires include a portion configured as a chimney for convectively circulating air and removing heat in a generally single direction.  Of note, since the openings depicted below in the central portion of the central body do not extend through the entire fixture, heat is removed through these openings in a generally single direction. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| convectively circulating air and removing heat in a generally single direction. | | |
| | | |
| 7. The illumination device of claim 6, wherein the chimney comprises a shape selected from a group consisting of a | | The chimneys in a central portion of the Albeo Luminaires comprise a shape selected from a group consisting of a rectangle, a square, a triangle, and a circle.  As shown in the below image, the chimneys in a central portion of the Albeo Luminaires are rectangles. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| rectangle, a square, a triangle, and a circle. | | |
| | | |
| 9. The illumination device of claim 5, wherein the cooling fluid is air. | October 1, 2007 | As shown above in claim 5, the "cooling fluid" is air. |
| | | |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| 10. The illumination device of claim 9, wherein the central body comprises a metal. | October 1, 2007 | The housing of the Albeo Luminaires ("the central body") is formed from a combination of steel and aluminum.<br><br>**CONSTRUCTION**<br><br>Housing: Combination steel and aluminum<br>Lens: Polycarbonate diffused, acrylic clear<br>Paint: Powder coat painted housing / No glass in housing or lenses<br>Weight: 10–11 lbs (4.55–4.99 kg) per module (see dimensional drawings)<br>Optical Assembly: Polycarbonate reflective optics with optional lens<br><br>Source: https://images.salsify.com/images/kycbopidjzh3bvubmaic/ALB061-LED-Albeo-ABV3-High-Bay-Lighting-Specsheet.pdf |
|  |  |  |
| 11. The illumination device of claim 9, wherein the central body comprises aluminum. | October 1, 2007 | The housing of the Albeo Luminaires ("the central body") is formed from a combination of steel and aluminum. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | **CONSTRUCTION**<br><br>**Housing:** Combination steel and aluminum<br>**Lens:** Polycarbonate diffused, acrylic clear<br>**Paint:** Powder coat painted housing<br>No glass in housing or lenses<br>**Weight:** 10–11 lbs (4.55–4.99 kg) per module (see dimensional drawings)<br>**Optical Assembly:** Polycarbonate reflective optics with optional lens<br><br>Source: https://images.salsify.com/images/kycbopidjzh3bvubmaic/ALB061-LED-Albeo-ABV3-High-Bay-Lighting-Specsheet.pdf |
| | | |
| 12. The illumination device of claim 5, wherein the opening is formed in the central body and adjacent to an LED. | October 1, 2007 | The opening in the Albeo Luminaires is formed in the central body and adjacent to an LED. |

E26

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
|  |  | |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| | | |
| 14. The illumination device of claim 1, wherein the central body comprises a heat conducting material. | October 1, 2007 | The housing of the Albeo Luminaires ("the central body") is formed from a combination of steel and aluminum, which are heat conducting materials. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | **CONSTRUCTION**<br><br>**Housing:** Combination steel and aluminum<br>**Lens:** Polycarbonate diffused, acrylic clear<br>**Paint:** Powder coat painted housing<br>No glass in housing or lenses<br>**Weight:** 10−11 lbs (4.55−4.99 kg) per module (see dimensional drawings)<br>**Optical Assembly:** Polycarbonate reflective optics with optional lens<br><br>Source: https://images.salsify.com/images/kycbopidjzh3bvubmaic/ALB061-LED-Albeo-ABV3-High-Bay-Lighting-Specsheet.pdf |
| | | |
| 15. The illumination device of claim 1, wherein each of the first and second reflectors comprises at least one opening adjacent to an LED. | October 1, 2007 | The first and second reflectors of the Albeo Luminaires include at least one opening adjacent to an LED. |

E29

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| | | |
| 16. The illumination device of claim 1, wherein the one or more openings include at least one slotted opening. | October 1, 2007 | The one or more openings in the second heat dissipation mechanism of the Albeo Luminaires include at least one slotted opening. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| | | |
| 17. The illumination device of claim 1, wherein the first heat dissipating mechanism comprises a heat sink. | October 1, 2007 | The first heat dissipating mechanism of the Albeo Luminaires is formed from a combination of steel and aluminum, which acts as a heat sink. |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | <br><br>**CONSTRUCTION**<br><br>**Housing:** Combination steel and aluminum<br>**Lens:** Polycarbonate diffused, acrylic clear<br>**Paint:** Powder coat painted housing<br>No glass in housing or lenses<br>**Weight:** 10–11 lbs (4.55–4.99 kg) per module (see dimensional drawings)<br>**Optical Assembly:** Polycarbonate reflective optics with optional lens<br><br>Source: https://images.salsify.com/images/kycbopidjzh3bvubmaic/ALB061-LED-Albeo-ABV3-High-Bay-Lighting-Specsheet.pdf<br><br>In the ABV1 and ABV2 series Albeo Fixtures, the first heat dissipating mechanism also includes fins, which also act as a heat sink.<br><br> |

| U.S. Patent No. 8,722,114 | Earliest Priority Date | Infringement Contentions |
|---|---|---|
| | | |
| 19. The illumination device of claim 1, wherein the other heat dissipation mechanism of the first and second heat dissipating mechanisms allows heat to dissipate between the first group of LEDs and the first reflector or between the second group of LEDs and the second reflector. | | In the Albeo Luminaires, the other heat dissipation mechanism of the first and second heat dissipating mechanisms allows heat to dissipate between the first group of LEDs and the first reflector or between the second group of LEDs and the second reflector.  Of note, the first heat dissipating mechanism is the one heat dissipation mechanism of element 1I and the second heat dissipating mechanism is the other heat dissipation mechanism as shown below.<br><br> |