# EXHIBIT H





| U.S. Design Patent No. D612,088 | GE Lumination – LIS Series |
|---|---|
|  Figure 3 | |

3

| U.S. Design Patent No. D612,088 | GE Lumination – LIS Series |
|---|---|
| Figure 4 | |

4



5