# EXHIBIT 2

2022-10-14 - Notice of Subpoena to Ronetek Designs

2022-10-14 - Notice of Subpoena to Roney

2022-10-28 - Notice of Subpoena to IDEAL Industries

2022-10-28 - Notice of Subpoena to Leotek Electronics USA LLC

2022-12-02 - Notice of Subpoena to Dialight PLC

2022-12-12 - Notice of Subpoena to Legrand North America LLC

2022-12-12 - Notice of Subpoena to Whelen Eng Co

2022-12-20 - Notice of Subpoena to LSI Industries

2023-02-06 - Notice of Subpoena to Ellwood City

2023-02-06 - Notice of Subpoena to Imbutec

2023-02-06 - Notice of Subpoena to Stouch Lighting

2023-02-09 - Notice of Subpoena to LUMITRAK Inc

2023-02-10 - Notice of Subpoena to Warren Co

2023-02-17 - Notice of Subpoena to Bartco

2023-03-03 - Notice of Subpoena to Quantela

2023-03-03 - Notice of Subpoena to Sunrise

2023-03-03 - Notice of Subpoena to Synapse

2023-03-06 - Notice of Subpoena to Iagnemma

2023-03-06 - Notice of Subpoena to LED Lighting

2023-03-06 - Notice of Subpoena to LUMATek

2023-03-06 - Notice of Subpoena to McAnally

2023-03-06 - Revised Notice of Subpoena to Quantela

2023-03-07 - Notice of Subpoena to Savant

2023-03-08 - Notice of Subpoena to Kopins

2023-03-09 - Notice of Subpoena to LEDTronics

2023-04-17 - Notice of Subpoena to Shu Chen

2023-04-18 - Notice of Subpoena to Nemalux Inc.

2023-04-18 - Notice of Subpoena to The Fixts Group LLC

2023-04-27 - Notice of Subpoena to Tanya Rings

2023-04-27-  Re-Notice of Subpoena to Shu Chen

2023-05-11 - Corrected Notice of Subpoena to Foxconn

2023-05-11 - Notice of Subpoena to U.S. Steel

2023-05-24-  2nd Notice of Subpoena to Savant